**STEPHEN D. DEMIK**
California State Bar No. 221167
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: Stephen_Demik@fd.org

Attorneys for Mr. Gonzalez-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ0764 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| CESAR GONZALEZ-LOPEZ, | ) | |
| Defendant. | ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

      Respectfully submitted,

Dated: March 12, 2008      /s/ STEPHEN D. DEMIK
      Federal Defenders of San Diego, Inc.
      Attorneys for Defendant
      Stephen_Demik@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

 Courtesy Copy to Chambers

 Copy to Assistant U.S. Attorney via ECF NEF

 Copy to Defendant

Dated: March 12, 2008        /s/ STEPHEN D. DEMIK
              Federal Defenders of San Diego, Inc.
              225 Broadway, Suite 900
              San Diego, CA 92101-5030
              (619) 234-8467 (tel)
              (619) 687-2666 (fax)
              Stephen_Demik@fd.org (email)